IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

_____

LAURA KRISTEN BOYD MEADOR,
     Petitioner,

v.

MICHAEL SMITH, Warden, FMC-Carswell,
     Respondent.

Civil Action No. 4:23-CV-01209-P

## CERTIFICATE OF INTERESTED PERSONS

This is to certify that other than the parties to this case, the undersigned is currently unaware of any person, organization, or other legal entity with a financial interest in the outcome of this case.

DATED:  January 30, 2024.

Respectfully submitted,

LEIGHA SIMONTON
UNITED STATES ATTORNEY

 /s/ Ann E. Cruce-Haag
ANN E. CRUCE-HAAG
Assistant United States Attorney
Texas Bar No. 24032102
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:     (806) 472-7351
Facsimile:     (806) 472-7394
Email:         ann.haag@usdoj.gov

Attorneys for Respondent

**Page 1**

Certificate of Interested Persons

## CERTIFICATE OF SERVICE

On  January 30, 2024, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Ann E. Cruce-Haag
ANN E. CRUCE-HAAG
Assistant United States Attorney

Certificate of Interested Persons