IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

_____

LAURA KRISTEN BOYD MEADOR,
     Petitioner,

v.

MICHAEL SMITH, Warden, FMC-Carswell,
     Respondent.

Civil Action No. 4:23-CV-01209-P

## APPENDIX IN SUPPORT OF RESPONSE IN OPPOSITION

COME(S) NOW Respondent(s), by and through the United States Attorney for the

Northern District of Texas, and pursuant to Local Rule 7.1(i), file this separate, self-contained

Appendix, consisting of Exhibits A and B in support of Respondent's Response in Opposition.

| Tab | Exhibit | Page(s) |
|---|---|---|
| A. | Order of Detention Pending Trial in a Criminal Case, *USA v. Laura Kristen Boyd Meador*, Cause No. 9:22-cr-520, Beaufort, South Carolina (Jun 21, 2022) | APP. 001-004 |
| B. | Docket in a Criminal Case, *USA v. Laura Kristen Boyd Meador*, Cause No. 9:22-cr-520, Beaufort, South Carolina (Jan 26, 2024) | APP. 005-014 |
| C. | Order for Treatment, *USA v. Laura Kristen Boyd Meador*, Cause No. 9:22-cr-520, Beaufort, South Carolina (Jan 4, 2023) | APP. 015-017 |

Respectfully submitted,

LEIGHA SIMONTON
UNITED STATES ATTORNEY

/s/ Ann E. Cruce-Haag
ANN E. CRUCE-HAAG
Assistant United States Attorney
Texas Bar No. 24032102
1205 Texas Avenue, Suite 700

**Page 1**

Appendix in Support of Response in Opposition

Lubbock, Texas 79401
Telephone:    (806) 472-7351
Facsimile:    (806) 472-7394
Email:        ann.haag@usdoj.gov

Attorneys for Respondent

## CERTIFICATE OF SERVICE

On January 30, 2024, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).


/s/ Ann E. Cruce-Haag
ANN E. CRUCE-HAAG
Assistant United States Attorney

Appendix in Support of Response in Opposition

# EXHIBIT A

APP. 001

AO 472 (Rev. 11/16) Order of Detention Pending Trial

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Laura Kristen Boyd Meador | )    Case No.    9:22-cr-520 |
| | ) |
| *Defendant* | ) |

## ORDER OF DETENTION PENDING TRIAL

### Part I - Eligibility for Detention

Upon the

☐ Motion of the Government attorney pursuant to 18 U.S.C. § 3142(f)(1), or
☑ Motion of the Government or Court's own motion pursuant to 18 U.S.C. § 3142(f)(2),

the Court held a detention hearing and found that detention is warranted. This order sets forth the Court's findings of fact and conclusions of law, as required by 18 U.S.C. § 3142(i), in addition to any other findings made at the hearing.

### Part II - Findings of Fact and Law as to Presumptions under § 3142(e)

☐ **A. Rebuttable Presumption Arises Under 18 U.S.C. § 3142(e)(2)** *(previous violator)*:  There is a rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of any other person and the community because the following conditions have been met:

    ☐ **(1)** the defendant is charged with one of the following crimes described in 18 U.S.C. § 3142(f)(1):

        ☐ **(a)** a crime of violence, a violation of 18 U.S.C. § 1591, or an offense listed in 18 U.S.C. § 2332b(g)(5)(B) for which a maximum term of imprisonment of 10 years or more is prescribed; **or**

        ☐ **(b)** an offense for which the maximum sentence is life imprisonment or death; **or**

        ☐ **(c)** an offense for which a maximum term of imprisonment of 10 years or more is prescribed in the Controlled Substances Act (21 U.S.C. §§ 801-904), the Controlled Substances Import and Export Act (21 U.S.C. §§ 951-971), or Chapter 705 of Title 46, U.S.C. (46 U.S.C. §§ 70501-70508); **or**

        ☐ **(d)** any felony if such person has been convicted of two or more offenses described in subparagraphs (a) through (c) of this paragraph, or two or more State or local offenses that would have been offenses described in subparagraphs (a) through (c) of this paragraph if a circumstance giving rise to Federal jurisdiction had existed, or a combination of such offenses; **or**

        ☐ **(e)** any felony that is not otherwise a crime of violence but involves:
        **(i)** a minor victim; **(ii)** the possession of a firearm or destructive device (as defined in 18 U.S.C. § 921); **(iii)** any other dangerous weapon; or **(iv)** a failure to register under 18 U.S.C. § 2250; **and**

    ☐ **(2)** the defendant has previously been convicted of a Federal offense that is described in 18 U.S.C. § 3142(f)(1), or of a State or local offense that would have been such an offense if a circumstance giving rise to Federal jurisdiction had existed; **and**

    ☐ **(3)** the offense described in paragraph (2) above for which the defendant has been convicted was committed while the defendant was on release pending trial for a Federal, State, or local offense; **and**

    ☐ **(4)** a period of not more than five years has elapsed since the date of conviction, or the release of the defendant from imprisonment, for the offense described in paragraph (2) above, whichever is later.

APP. 002

AO 472  (Rev. 11/16)  Order of Detention Pending Trial

❏ **B. Rebuttable Presumption Arises Under 18 U.S.C. § 3142(e)(3)** *(narcotics, firearm, other offenses)*:  There is a rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community because there is probable cause to believe that the defendant committed one or more of the following offenses:

    ❏ **(1)** an offense for which a maximum term of imprisonment of 10 years or more is prescribed in the Controlled Substances Act (21 U.S.C. §§ 801-904), the Controlled Substances Import and Export Act (21 U.S.C. §§ 951-971), or Chapter 705 of Title 46, U.S.C. (46 U.S.C. §§ 70501-70508);

    ❏ **(2)** an offense under 18 U.S.C. §§ 924(c), 956(a), or 2332b;

    ❏ **(3)** an offense listed in 18 U.S.C. § 2332b(g)(5)(B) for which a maximum term of imprisonment of 10 years or more is prescribed;

    ❏ **(4)** an offense under Chapter 77 of Title 18, U.S.C. (18 U.S.C. §§ 1581-1597) for which a maximum term of imprisonment of 20 years or more is prescribed; **or**

    ❏ **(5)** an offense involving a minor victim under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423, or 2425.

❏ **C. Conclusions Regarding Applicability of Any Presumption Established Above**

    ❏ The defendant has not introduced sufficient evidence to rebut the presumption above, and detention is ordered on that basis. *(Part III need not be completed.)*

    **OR**

    ❏ The defendant has presented evidence sufficient to rebut the presumption, but after considering the presumption and the other factors discussed below, detention is warranted.

### Part III - Analysis and Statement of the Reasons for Detention

After considering the factors set forth in 18 U.S.C. § 3142(g) and the information presented at the detention hearing, the Court concludes that the defendant must be detained pending trial because the Government has proven:

☑ By clear and convincing evidence that no condition or combination of conditions of release will reasonably assure the safety of any other person and the community.

☑ By a preponderance of evidence that no condition or combination of conditions of release will reasonably assure the defendant's appearance as required.

In addition to any findings made on the record at the hearing, the reasons for detention include the following:

    ☑ Weight of evidence against the defendant is strong
    ❏ Subject to lengthy period of incarceration if convicted
    ☑ Prior criminal history
    ❏ Participation in criminal activity while on probation, parole, or supervision
    ❏ History of violence or use of weapons
    ☑ History of alcohol or substance abuse
    ☑ Lack of stable employment
    ❏ Lack of stable residence
    ❏ Lack of financially responsible sureties

**APP. 003**

AO 472  (Rev. 11/16)  Order of Detention Pending Trial

❏ Lack of significant community or family ties to this district

❏ Significant family or other ties outside the United States

❏ Lack of legal status in the United States

❏ Subject to removal or deportation after serving any period of incarceration

☑ Prior failure to appear in court as ordered

❏ Prior attempt(s) to evade law enforcement

❏ Use of alias(es) or false documents

❏ Background information unknown or unverified

❏ Prior violations of probation, parole, or supervised release

OTHER REASONS OR FURTHER EXPLANATION:

Ordered by Probate Court to attend mental health treatment for 12 months and defendant did not comply. Failed to appear for Probate Court hearing recently. Escalating conduct. Serious mental health history.

## Part IV - Directions Regarding Detention

The defendant is remanded to the custody of the Attorney General or to the Attorney General's designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant must be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

Date:  6-21-22                                    _____
                                                 United States Magistrate Judge

APP. 004

# EXHIBIT B

APP. 005

CourtLink® (Dockets)

## Document: 9:22cr520, USA v. Meador

---

# 9:22cr520, USA v. Meador

US District Court Criminal Docket

United States District Court, South Carolina

(Beaufort)

**This case was retrieved on 01/24/2024**

## ▼Header

**Date Filed:** 06/15/2022                              **Class Code:** Open
**Other Docket:** None                                           **Closed:**

## ▼Participants

## Defendant

| Name | Attorneys |
|---|---|
| Laura Kristen Boyd Meador | Cody James Groeber |
| | LEAD ATTORNEY;ATTORNEY TO BE |
| | NOTICED |
| | Federal Public Defender |
| | 145 King Street Suite 325 |
| | Charleston, SC 29401 |
| | USA |
| | cody_groeber@fd.org |
| | 843-727-4148Designation: Public Defender |
| | or Community Defender Appointment |

**APP. 006**

Alicia Vachira Penn

09/25/2023

Federal Public Defender

145 King Street Suite 325

Charleston, SC 29401

USA

alicia_penn@fd.org

843-727-4148Designation: Public Defender
or Community Defender Appointment

## Charges                                    Disposition

**Complaints:** none

**Pending:** INTERSTATE COMMUNICATIONS -
THREATS TO PERSONS(1-2)

**Offense Level (Opening):** Felony

**Terminated:** none

**Case Assigned To:** Honorable Richard M
Gergel

## ▼U.S. Attorneys

Amy F Bower

LEAD ATTORNEY;ATTORNEY TO BE NOTICED

US Attorneys Office (Chas)

151 Meeting Street Suite 200

Charleston, SC 29401-2238

USA

amy.bower@usdoj.gov

843-727-4381Designation: Assistant US Attorney

## ▼Proceedings

Retrieve Document(s)

**APP. 007**

1/24/24, 2:21 PM          advance.lexis.com/documentprint/documentprintclick/?pdmfid=1519217&crid=692c5e40-ef6d-439b-b944-91ced622a415&ecomp=…

Case 4:23-cv-01209-P     Document 18     Filed 01/30/24     Page 10 of 16     PageID 122

| | Availability | # | Date | Proceeding Text | Source |
|---|---|---|---|---|---|
| ☐ | Online | 2 | 06/15/2022 | Order to Seal Indictment as to Laura Kristen Boyd Meador. Signed by Magistrate Judge Mary Gordon Baker on 6/15/2022.(cwhi, ) (Entered: 06/15/2022) | |
| ☐ | Free | 3 | 06/15/2022 | SEALED INDICTMENT (Sealed Grand Jury Ballot attached) as to Laura Kristen Boyd Meador (1) count(s) 1-2. (Attachments: # 1 GJ Ballot) (cwhi, ) (Entered: 06/15/2022) | |
| ☐ | Online | 6 | 06/15/2022 | ORDER FOR ISSUANCE OF Arrest WARRANT as to Laura Kristen Boyd Meador. Signed by Magistrate Judge Mary Gordon Baker on 6/15/2022.(cwhi, ) (Entered: 06/15/2022) | |
| | | 9 | 06/16/2022 | Arrest of Laura Kristen Boyd Meador. Clerk notified by: USMS. (cwhi, ) (Entered: 06/16/2022) | |
| | | 11 | 06/16/2022 | NOTICE OF HEARING as to Laura Kristen Boyd Meador Initial Appearance and Arraignment set for 6/16/2022 02:00 PM in Charleston Courtroom #6, U. S. Court House, 85 Broad St, Charleston before Magistrate Judge Mary Gordon Baker. (cwhi, ) (Entered: 06/16/2022) | |
| ☐ | Online | 12 | 06/16/2022 | CJA 23 Financial Affidavit (Restricted Access) by Laura Kristen Boyd Meador (cwhi, ) (Entered: 06/16/2022) | |
| | | 13 | 06/16/2022 | TEXT ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Laura Kristen Boyd Meador. Alicia Vachira Penn for Laura Kristen Boyd Meador. Signed by Magistrate Judge Mary Gordon Baker on 6/16/2022.(cwhi, ) (Entered: 06/16/2022) | |
| | | 14 | 06/16/2022 | Minute Entry for proceedings held before Magistrate Judge Mary Gordon Baker: Arraignment as to Laura Kristen Boyd Meador (1) Count 1-2 held on 6/16/2022, | |

APP. 008

1/24/24, 2:21 PM    advance.lexis.com/documentprint/documentprintclick/?pdmfid=1519217&crid=692c5e40-ef6d-439b-b944-91ced622a415&ecomp=…

Case 4:23-cv-01209-P    Document 18    Filed 01/30/24    Page 11 of 16    PageID 123

| Availability | # | Date | Proceeding Text | Source |
|---|---|---|---|---|
| | | | Initial Appearance as to Laura Kristen Boyd Meador held on 6/16/2022. AUSA Allessandra Stewart appears for USA. Court appoints FPD office for defendant; AFPD Alicia Penn present with that office. Defendant enters a not guilty plea. Court reviews the FRCrP Rule 5 Disclosure and directs that a written copy be filed. Government moves for detention. Detention hearing scheduled for 6/21/2002. Notice to follow. Court Reporter Elena Graham, CourtSmart. (cwhi, ) (Entered: 06/16/2022) | |
| ☐ Online | 15 | 06/16/2022 | Not Guilty PLEA ENTERED as to Laura Kristen Boyd Meador (cwhi, ) (Entered: 06/16/2022) | |
| ☐ Online | 16 | 06/16/2022 | ORDER GOVERNING DISCOVERY as to Laura Kristen Boyd Meador. Signed by Magistrate Judge Mary Gordon Baker on 6/16/2022.(cwhi, ) (Entered: 06/16/2022) | |
| ☐ Online | 17 | 06/16/2022 | FRCrP 5(f) DISCLOSURE ORDER as to Laura Kristen Boyd Meador. Signed by Magistrate Judge Mary Gordon Baker on 6/16/2022. (cwhi, ) (Entered: 06/16/2022) | |
| | 19 | 06/16/2022 | NOTICE OF HEARING as to Laura Kristen Boyd Meador Detention Hearing set for 6/21/2022 10:45 AM in Charleston Courtroom #6, U. S. Court House, 85 Broad St, Charleston before Magistrate Judge Mary Gordon Baker. (cwhi, ) (Entered: 06/16/2022) | |
| | 21 | 06/17/2022 | Case Reassigned as to Laura Kristen Boyd Meador to Honorable Richard M Gergel. Judge Unassigned - CRI no longer assigned to the case. (bshr, ) (Entered: 06/17/2022) | |
| ☐ Online | 22 | 06/17/2022 | SEALED MOTION by USA as to Laura Kristen Boyd Meador. Proposed order is being emailed to chambers with copy to opposing counsel(Bower, Amy) Modified to correct | |

APP. 009

1/24/24, 2:21 PM                 advance.lexis.com/documentprint/documentprintclick/?pdmfid=1519217&crid=692c5e40-ef6d-439b-b944-91ced622a415&ecomp=…

Case 4:23-cv-01209-P    Document 18    Filed 01/30/24    Page 12 of 16    PageID 124

| Availability | # | Date | Proceeding Text | Source |
|---|---|---|---|---|
| | | | event type on 6/21/2022 (cwhi, ). (Entered: 06/17/2022) | |
| | 23 | 06/21/2022 | Minute Entry for proceedings held before Magistrate Judge Mary Gordon Baker: Detention Hearing as to Laura Kristen Boyd Meador held on 6/21/2022. AUSA Amy Bower appears for USA. AFPD Ann Walsh present with defendant. Court hears witness testimony and oral arguments. Court orders the defendant detained pending trial. Court Reporter Karen Martin. (cwhi, ) (Entered: 06/21/2022) | |
| ☐ Online | 24 | 06/21/2022 | COURT EXHIBIT for detention hearing as to Laura Kristen Boyd Meador. (cwhi, ) (Entered: 06/21/2022) | |
| ☐ Online | 25 | 06/21/2022 | ORDER OF DETENTION as to Laura Kristen Boyd Meador. Signed by Magistrate Judge Mary Gordon Baker on 6/21/2022.(cwhi, ) (Entered: 06/21/2022) | |
| ☐ Online | 26 | 06/27/2022 | MOTION for Leave to File Additional Motions by Laura Kristen Boyd Meador. No proposed order(Penn, Alicia) (Entered: 06/27/2022) | |
| ☐ Online | 27 | 06/27/2022 | MOTION for Discovery and Inspection by Laura Kristen Boyd Meador. No proposed order(Penn, Alicia) (Entered: 06/27/2022) | |
| ☐ Online | 28 | 06/27/2022 | EDWARDS NOTICE by Laura Kristen Boyd Meador (Penn, Alicia) (Entered: 06/27/2022) | |
| ☐ Online | 29 | 06/27/2022 | MOTION for Disclosure of Intent to Use Evidence of Other Crimes by Laura Kristen Boyd Meador. No proposed order(Penn, Alicia) (Entered: 06/27/2022) | |
| ☐ Online | 30 | 06/28/2022 | Warrant Returned Executed on 6/16/2022 in case as to Laura Kristen Boyd Meador. (pschwartz-USMS, ) (Entered: 06/28/2022) | |
| ☐ Online | 31 | 07/05/2022 | SEALED ORDER granting 22 Sealed Motion as to Laura Kristen Boyd Meador (1). Signed | |

APP. 010

1/24/24, 2:21 PM                advance.lexis.com/documentprint/documentprintclick/?pdmfid=1519217&crid=692c5e40-ef6d-439b-b944-91ced622a415&ecomp=…

Case 4:23-cv-01209-P    Document 18    Filed 01/30/24    Page 13 of 16    PageID 125

| Availability | # | Date | Proceeding Text | Source |
|---|---|---|---|---|
| | | | by Honorable Richard M Gergel on 7/5/2022. (vdru, ) (Entered: 07/05/2022) | |
| | 32 | 08/11/2022 | NOTICE OF HEARING as to Laura Kristen Boyd Meador: Telephone Conference set for 8/16/2022 11:15 AM before Honorable Richard M Gergel. Court to send out dialing instructions.(cper, ) (Entered: 08/11/2022) | |
| | 33 | 08/16/2022 | Minute Entry for proceedings held before Honorable Richard M Gergel: Telephone Conference as to Laura Kristen Boyd Meador held on 8/16/2022. All parties are represented on the call. Katie Orville present on behalf of the Government. Case is continued to the next term of court. Court to enter order. (cper, ) (Entered: 08/16/2022) | |
| | 34 | 08/16/2022 | TEXT ORDER TO CONTINUE - Ends of Justice as to Laura Kristen Boyd Meador: The Court recently entered an order at defense counsels request for defendant to undergo a mental health evaluation. The Court was advised with a telephone conference with counsel on 8/16/22 that defendant recently was transferred to a facility outside the District to have her evaluation performed. Defense counsel moved for a continuance pending completion of the mental health evaluation. The Court finds the ends of justice are served by a continuance and outweigh the interests of the defendant and the public in a speedy trial. The motion for a continuance is granted. AND IT IS SO ORDERED. Entered at the direction of the Honorable Richard M. Gergel on 8/16/22.(cper, ) (Entered: 08/16/2022) | |
| ☐ Online | 36 | 10/06/2022 | MOTION for Discovery (Reciprocal) by USA as to Laura Kristen Boyd Meador. No | |

**APP. 011**

1/24/24, 2:21 PM                    advance.lexis.com/documentprint/documentprintclick/?pdmfid=1519217&crid=692c5e40-ef6d-439b-b944-91ced622a415&ecomp=…

Case 4:23-cv-01209-P    Document 18    Filed 01/30/24    Page 14 of 16    PageID 126

| Availability | # | Date | Proceeding Text | Source |
|---|---|---|---|---|
| | | | proposed order(Bower, Amy) (Entered: 10/06/2022) | |
| ☐ Online | 37 | 10/06/2022 | MOTION for Disclosure of Expert Witness(es) by USA as to Laura Kristen Boyd Meador. No proposed order(Bower, Amy) (Entered: 10/06/2022) | |
| ☐ Online | 38 | 10/06/2022 | MOTION to Compel Juror Voir Dire by USA as to Laura Kristen Boyd Meador. No proposed order(Bower, Amy) (Entered: 10/06/2022) | |
| ☐ Online | 39 | 10/06/2022 | MOTION to Compel Defendants Witness List by USA as to Laura Kristen Boyd Meador. No proposed order(Bower, Amy) (Entered: 10/06/2022) | |
| ☐ Online | 40 | 10/06/2022 | DEMAND for Disclosure of Witness in Support of Alibi Defense as to Laura Kristen Boyd Meador (Bower, Amy) (Entered: 10/06/2022) | |
| ☐ Online | 42 | 12/06/2022 | Psychiatric Report Received (Sealed) as to Laura Kristen Boyd Meador (Attachments: # 1 Final Letter) (cper, ) (Entered: 12/06/2022) | |
| ☐ Online | 43 | 12/13/2022 | NOTICE of Insanity Defense by Laura Kristen Boyd Meador (Penn, Alicia) (Entered: 12/13/2022) | |
| | 44 | 12/15/2022 | NOTICE OF HEARING as to Laura Kristen Boyd Meador: Telephone Conference set for 1/3/2023 02:00 PM before Honorable Richard M Gergel. Court to send out dialing instructions.(cper, ) (Entered: 12/15/2022) | |
| ☐ Online | 45 | 01/03/2023 | SEALED MOTION by Laura Kristen Boyd Meador. No proposed order(Penn, Alicia) (Entered: 01/03/2023) | |
| | 46 | 01/03/2023 | Minute Entry for proceedings held before Honorable Richard M Gergel: Telephone Conference as to Laura Kristen Boyd Meador held on 1/3/2023. Defense counsel will file a | |

APP. 012

1/24/24, 2:21 PM                    advance.lexis.com/documentprint/documentprintclick/?pdmfid=1519217&crid=692c5e40-ef6d-439b-b944-91ced622a415&ecomp=…

Case 4:23-cv-01209-P    Document 18    Filed 01/30/24    Page 15 of 16    PageID 127

| Availability | # | Date | Proceeding Text | Source |
|---|---|---|---|---|
| | | | motion with consent from the government for the Court's consideration. (ccau, ) (Entered: 01/03/2023) | |
| Online | 53 | 06/26/2023 | Psychiatric Report Received (Sealed) as to Laura Kristen Boyd Meador (Attachments: # 1 Forensic Evaluation) (cper, ) (Entered: 06/26/2023) | |
| | 54 | 08/11/2023 | ORDER as to Laura Kristen Boyd Meador: The Court has received a report from the warden presently responsible for Defendant's psychiatric evaluation that Defendant has not been restored to competence and would benefit from an extension of the period of treatment for another 120 days. (Dkt. No. 53). Counsel are directed to advise the Court within 10 days of this order if there is opposition to the continued treatment as requested by the warden. AND IT IS ORDERED. Entered at the direction of the Honorable Richard M Gergel on 8/11/23.(ltap, ) (Entered: 08/11/2023) | |
| Free | 55 | 08/23/2023 | STATUS REPORT (Defense Response to Court Order ECF #54) by Laura Kristen Boyd Meador. (Penn, Alicia) Refiled by clerk to correct event.(cper, ) (Entered: 08/23/2023) | |
| Free | 56 | 08/23/2023 | STATUS REPORT Response to Court Order ecf #54 by USA as to Laura Kristen Boyd Meador (Bower, Amy) (Entered: 08/23/2023) | |
| Online | 58 | 08/24/2023 | SEALED ORDER. Signed by Honorable Richard M Gergel on 8/24/23.(cper, ) (Entered: 08/24/2023) | |
| Online | 61 | 09/25/2023 | NOTICE OF ATTORNEY APPEARANCE: Cody James Groeber appearing for Laura Kristen Boyd Meador (Groeber, Cody) (Entered: 09/25/2023) | |

APP. 013

| Availability | # | Date | Proceeding Text | Source |
|---|---|---|---|---|
| ☐ Online | 63 | 11/13/2023 | Psychiatric Report Received (Sealed) as to Laura Kristen Boyd Meador (cper, ) (Entered: 11/13/2023) | |
| | 66 | 01/23/2024 | TEXT ORDER as to Laura Kristen Boyd Meador: The Bureau of Prisons has advised the Court that Defendant's status has not changed. (Dkt. No. 63). The Government is directed to advise the Court within 10 days of this order whether it intends to move to forcibly medicate Defendant under the standards of Sell v. United States, 539 U.S. 166 (2003). Defendant's counsel may respond within 5 days thereafter. AND IT IS SO ORDERED. Entered at the direction of the Honorable Richard M. Gergel on 1/22/24. (cper, ) (Entered: 01/23/2024) | |

Retrieve Document(s)

Copyright © LexisNexis CourtLink, Inc. All Rights Reserved.

*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

**Content Type:** Dockets

**Terms:** 9:22-cr-520

**Narrow By:** -None-

**Date and Time:** Jan 24, 2024  02:21:08 p.m. CST



Print          Cookie Policy

Terms & Conditions

APP. 014